IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** McFadden, Sheila M | Case Number: 08 B 14443 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 9/16/08 | Filed: 6/5/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: August 5, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 3,474.00 | 0.00 |
| 2. | Americredit Financial Ser Inc | Secured | 9,740.00 | 0.00 |
| 3. | CorTrust Bank | Unsecured | 697.65 | 0.00 |
| 4. | Jefferson Capital Systems LLC | Unsecured | 679.59 | 0.00 |
| 5. | RMI/MCSI | Unsecured | 100.00 | 0.00 |
| 6. | Premier Bankcard | Unsecured | 438.35 | 0.00 |
| 7. | Americredit Financial Ser Inc | Unsecured | 133.55 | 0.00 |
| 8. | Community Hospital | Unsecured | 592.53 | 0.00 |
| 9. | Hammond Radiologist | Unsecured | 208.00 | 0.00 |
| 10. | Bankcard Services | Unsecured | | No Claim Filed |
| 11. | Comcast | Unsecured | | No Claim Filed |
| 12. | Collection Company Of America | Unsecured | | No Claim Filed |
| 13. | AFNI | Unsecured | | No Claim Filed |
| 14. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 15. | Cook County State's Attorney | Unsecured | | No Claim Filed |
| 16. | Doris Pickens | Unsecured | | No Claim Filed |
| 17. | Municipal Collection Services | Unsecured | | No Claim Filed |
| 18. | Mutual Hospital Services/Alverno | Unsecured | | No Claim Filed |
| 19. | Mutual Hospital Services/Alverno | Unsecured | | No Claim Filed |
| 20. | Mutual Hospital Services/Alverno | Unsecured | | No Claim Filed |
| 21. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 22. | Seventh Avenue | Unsecured | | No Claim Filed |
| 23. | Statewide Credit Assn., Inc. | Unsecured | | No Claim Filed |
| 24. | West Asset Management | Unsecured | | No Claim Filed |
| 25. | Nicor Gas | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  McFadden, Sheila M

Printed:  9/16/08

Case Number:  08 B 14443
Judge:  Goldgar, A. Benjamin
Filed:  6/5/08

$ 16,063.67            $ 0.00

## TRUSTEE FEE DETAIL

Fee Rate            Total Fees

$ 0.00

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____